IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WINONA SHORE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 13-0644-CG-B |
| | ) |
| BAYSIDE RECOVERY SERVICE, INC., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

The plaintiff having filed a notice of dismissal on February 4, 2014 (Doc. 9), and there having been no answer or motion for summary judgment filed to date, this action is hereby **DISMISSED with prejudice** as to plaintiff Winona Shore, and without prejudice as to the rights of the unnamed putative class members pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The plaintiff's motion for preliminary class certification and to allow further class discovery (Doc. 2) is hereby **DENIED** as moot.

    **DONE and ORDERED** this 10th day of February, 2014.

                                                 /s/ Callie V. S. Granade
                                                 UNITED STATES DISTRICT JUDGE